MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>                Defendants. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 11, 2018 ORDER [ECF NO. 44]**<br><br>**(First Request)** |
| SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>                Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>                Third-Party Defendant. | |

Plaintiff Nationstar Mortgage LLC, defendant/third-party plaintiff Summit Hills Homeowners Association (**Summit**), and defendant Edward Kielty Trust (**Kielty Trust**) (collectively, the **parties**), pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, move for a fourteen-day extension of time to file a status report pursuant to the court's January 11, 2018 order, ECF No. 44:

/ / /

1

46018176;1

1. On January 11, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 44.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 102.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. Nationstar's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling. Extending the joint status report deadline by fourteen days will allow the parties time to meet and confer and either reach an agreement or more fully set forth their respective proposals for the remaining case deadlines in their status report.

4. The parties stipulate to the extension of the deadline to file their status report until August 21, 2018.

5. This is the first request for an extension of this deadline and is not intended for the purpose of delay or prejudicing any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

46018176;1

WHEREFORE, Nationstar, Kielty Trust, Summit and Alessi respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 11, 2018 order, ECF No. 44, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

Respectfully submitted, this the 7th day of August, 2018.

| AKERMAN LLP | PENGILLY LAW FIRM |
|---|---|
| */s/ Thera A. Cooper* | */s/ Chad D. Fuss* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Nationstar Mortgage LLC* | JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6085<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>1995 Village Center Circle, Suite 190<br>Las Vegas, Nevada 89134<br><br>*Attorneys for defendant/third-party plaintiff Summit Hills Homeowners Association* |

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148

*Attorneys for defendant Edward Kielty Trust*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

3

46018176;1