MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>              Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>              Defendants. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**STIPULATION AND ORDER RESETTING THE DISPOSITIVE MOTION DEADLINES** |
| SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>              Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>              Third-Party Defendant. | |

Nationstar Mortgage LLC, Summit Hills Homeowners Association (**Summit**), and Edward Kielty Trust (**Kielty Trust**) (collectively, the **parties**) submit this stipulation and order resetting the dispositive motion deadline:

1. On January 11, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs.*

1

47096485;1

*Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 44.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The court lifted the stay on August 21, 2018. (ECF No. 50)

3. When the stay entered the court denied the parties fully briefed summary judgment motions. (ECF No. 44).

4. The parties stipulate to extend the deadline to file motions for summary judgment to January 7, 2019.

Dated this the 29th day of November, 2018.

**AKERMAN LLP**

/s/ *Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Nationstar Mortgage LLC*

**PENGILLY LAW FIRM**

/s/ *Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for defendant/third-party plaintiff Summit Hills Homeowners Association*

**AYON LAW, PLLC**

/s/ *Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148

*Attorneys for defendant Edward Kielty Trust*

IT IS SO ORDERED:

By: _____
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2018

47096485;1