LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Summit Hills Homeowners' Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT HILLS HOMEOWNERS' ASSOCIATION; EDWARD KIELTY TRUST; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16-cv-01637-MMD-GWF <br><br><br> MOTION TO SUBSTITUTE COUNSEL |
| SUMMIT HILLS HOMEOWNERS' ASSOCIATION, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ALESSI & KOENIG, LLC, <br><br> Third-Party Defendant. | |

Defendant Summit Hills Homeowners' Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

///
///

-1-

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this __7th__ day of ~~December, 2018~~. January, 2019

**ROBBINS LAW FIRM**

*/s/ Elizabeth B. Lowell*
1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this _____ day of December, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Sean L. Anderson*

Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

SUMMIT HILLS HOMEOWNERS'
ASSOCIATION

By: *Charlene A Birmingham*

Name: Charlene A Birmingham

Its: _____

///

ORDER

IT IS SO ORDERED this 8th day of January, 2019.

*George Foley Jr.*
United States Magistrate Judge