MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>    Defendants.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>    Third-Party Defendant. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE NATIONSTAR MORTGAGE LLC'S OPPOSITION TO KIETLY TRUST'S MOTION FOR SUMMARY JUDGMENT (ECF No. 58) AND NATIONSTAR'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT (ECF No. 54)** |

Nationstar Mortgage LLC (**Nationstar**) and Edward Kielty Trust (**Kielty Trust**) stipulate to extend the briefing deadlines as follows:

1. Nationstar filed its renewed motion for summary judgment on December 13, 2018. (ECF No. 54)

1

47456752;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. Kielty Trust filed its countermotion on January 2, 2019. (ECF No. 58)

3. Nationstar's opposition to Kielty Trust's countermotion is currently due on January 23, 2019. (ECF No. 58)

4. Nationstar's reply in support of its MSJ is currently due on January 16, 2019.

5. The parties agree to continue the deadline for Nationstar to oppose Kielty Trust's countermotion (ECF No. 58) and reply in support of its motion (ECF No. 54) to January 28, 2019.

Dated this the 8th day of January, 2019.

| AKERMAN LLP | AYON LAW, PLLC |
|---|---|
| */s/ Thera A. Cooper* | */s/ Luis A. Ayon* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Nationstar Mortgage LLC* | LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for defendant Edward Kielty Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 9, 2019

2

47456752;1