MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>        Defendants.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>        Third-Party Defendant. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING NATIONSTAR'S DEADLINE TO REPLY TO SUMMIT HILLS HOMEOWNER ASSOCIATION'S LIMITED OPPOSITION TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT (ECF No. 56)** |

Nationstar Mortgage LLC and Summit Hills Homeowners Association stipulate to extend Nationstar's deadline reply to Summit's limited opposition to Nationstar's motion for summary judgment (ECF No. 56) as follows:

1. Nationstar filed its renewed motion for summary judgment on December 13, 2018. (ECF No. 54)

1

47461643;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. Summit filed its limited opposition to Nationstar's motion on December 27, 2018. (ECF No. 56)

3. Nationstar's reply supporting its motion is due on January 10, 2019. (ECF No. 56).

4. Summit moved for summary judgment on January 7, 2019. (ECF No. 61). Nationstar's response to that motion is due January 28, 2019.

5. The parties stipulate to extend Nationstar's reply to Summit's limited opposition, ECF No. 56, to January 28, 2019.

6. Importantly, this agreement is not intended for delay.

Dated this 8th day of January, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Thera A. Cooper* | */s/ Chase Pittsenbarger* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Nationstar Mortgage LLC* | CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for defendant/third-party plaintiff Summit Hills Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 9, 2019

2

47461643;1