MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>Defendants.<br><hr>SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>Third-Party Defendant. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING NATIONSTAR'S DEADLINE TO REPLY TO SUMMIT HILLS HOMEOWNER ASSOCIATION'S RESPONSE TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 56); RESPOND TO SUMMIT HILL HOMEOWNER ASSOCIATIONS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 61); REPLY TO EDWARD KIELTY TRUST'S RESPONSE TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 57); AND RESPOND TO EDWARD KIELTY TRUST'S COUNTERMOTION FOR SUMMARY JUDGMENT (ECF NO. 58)**<br><br>**(SECOND REQUEST)** |

Nationstar Mortgage LLC (**Nationstar**), Edward Kielty Trust, and Summit Hills Homeowners Association (**Summit**) (collectively, the **parties**) submit this stipulation and order extending Nationstar's deadline to file reply and response briefs as follows.

1. Nationstar filed its renewed motion for summary judgment on December 13, 2018. (ECF No. 54)

1

47634256;1

2. Summit filed its response to Nationstar's MSJ on December 27, 2018. (ECF No. 56).

3. Kielty Trust filed its response to Nationstar's MSJ and counter mover for summary judgment on January 2, 2019. (ECF Nos. 57 and 58)

4. Summit moved for summary judgment on January 7, 2019. (ECF No. 61)

5. The court extended Nationstar's time to respond to Summit's and Kiely's response and respective summary judgment motions to January 28, 2019 on January 9, 2019. (ECF Nos. 65 and 66). The parties are engaged in settlement discussions.

…

47634256;1

6. The parties stipulate to extend Nationstar's reply to Summit's response to its MSJ, reply to Kielty Trust's response to its MSJ, Kielty Trust's countermotion, and the Summit's summary judgment motion (ECF Nos. 56, 57, 58 and 61) to February 15, 2019.

Dated this 28th day of January, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **AYON LAW, PLLC** |
| */s/ Thera A. Cooper* | */s/ Luis A. Ayon* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Nationstar Mortgage LLC* | LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for defendant Edward Kielty Trust* |

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Chase Pittsenbarger*

CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for defendant/third-party plaintiff Summit Hills Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 29, 2019

3

47634256;1