| | |
|---|---|
| MELANIE D. MORGAN, ESQ. | |
| Nevada Bar No. 8215 | |
| JARED M. SECHRIST, ESQ. | |
| Nevada Bar No. 10439 | |
| AKERMAN LLP | |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| Telephone: (702) 634-5000 | |
| Facsimile: (702) 380-8572 | |
| Email: melanie.morgan@akerman.com | |
| Email: jared.sechrist@akerman.com | |

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cv-01637-MMD-GWF |
| Plaintiff, | |
| v. | |
| SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | |
| SUMMIT HILLS HOMEOWNERS ASSOCIATION, | |
| Third-Party Plaintiff, | |
| v. | |
| ALESSI & KOENIG, LLC, | |
| Third-Party Defendant. | |

PLEASE TAKE NOTICE that Nationstar Mortgage LLC provides notice that Thera A. Cooper and Vatana Lay are no longer associated with the law firm of Akerman, LLP.

///

///

///

///

///

1

48642599;1

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Jared M. Sechrist, Esq.

DATED April 23, 2019

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

## **COURT APPROVAL**

IT IS SO ORDERED.

DATE: 4/24/2019

_____
UNITED STATES MAGISTRATE JUDGE

2

48642599;1