AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUMMIT HILLS HOMEOWNERS ASSOCIATION and EDWARD KIELTY TRUST,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-01637-MMD-GWF<br><br>**ORDER RE:**<br><br>**STIPULATION AND ORDER TO DISMISS NATIONSTAR MORTGAGE LLC'S CLAIMS AGAINST SUMMIT HILLS HOMEOWNERS ASSOCIATION WITH PREJUDICE** |
| SUMMIT HILLS HOMEOWNERS ASSOCIATION,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>　　　　　Third-Party Defendant. | |

///

///

///

///

///

///

1

49288624;1

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendant/third-party plaintiff Summit Hills Homeowners Association (**Summit**), through their respective counsel, stipulate to dismiss Nationstar's claims against Summit with prejudice, each party shall bear its own attorney's fees and costs.

Respectfully submitted, this the 25th day of June, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Jared M. Sechrist* | */s/ Chase Pittsenbarger* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for plaintiff Nationstar Mortgage LLC* | *Attorneys for defendant/third-party plaintiff Summit Hills Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

DATED THIS 27th DAY OF JUNE, 2019.

UNITED STATED DISTRICT JUDGE MIRANDA M. DU

49288624;1